# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

|  |  |
|---|---|
| United States of America, | **COURT MINUTES** |
| | BEFORE: DOUGLAS L. MICKO |
| Plaintiff, | U.S. MAGISTRATE JUDGE |
| | |
| v. | Case No.: 26-cr-25 (LMP/DLM) |
| | Date: February 17, 2026 |
| Trahern Jeen Crews (7), | Location: St. Paul, Courtroom 6b |
| | Court Reporter: Erin Drost |
| Defendant. | Time Commenced: 1:34 p.m. |
| | Time Concluded: 1:36 p.m. |
| | Time in Court: 2 minutes |
| | Hearing Type: Arraignment |

---

## ARRAIGNMENT HEARING

**APPEARANCES:**

For the government: Torrie Schneider, Flavio DeAbreu
For Mr. Crews: Robert Richman

Interpreter/Language: None.

**PROCEEDINGS**:

The Court held an arraignment hearing. Mr. Crews identified himself by full name and age. Mr. Crews waived formal reading of the indictment and entered Not Guilty pleas on each count.

*AEF*
Judicial Law Clerk